ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall
Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendants WALGREENS CO and
WALGREENS BOOTS ALLIANCE, INC.
(erroneously sued as "Walgreens Boots Alliance
aka WBA")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE GOODMAN<br><br>      Plaintiff,<br><br>  v.<br><br>WALGREENS CO, et al.<br><br>      Defendants. | Case No. 2:18-cv-02515-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DATES**<br><br>Complaint Filed: September 14, 2018<br>Trial Date: July 7, 2020<br>Judge: Hon. William B. Shubb |

Having considered the Parties Joint Stipulation to Continue Expert Discovery Dates, no opposition being presented and for good cause found:

IT IS HEREBY ORDERED that:

1. The deadline to disclose the identity and reports of expert witnesses is continued to February 21, 2020; and

2. The deadline to disclose the identity and reports of expert witnesses in rebuttal is continued to March 13, 2020; and

3. The deadline to complete all expert discovery is continued to April 17, 2020; and

4. The March 6, 2020 dispositive motion filing deadline is unchanged; and

18cv2515.modsche
do.1114.docx

5. The May 11, 2020 final pretrial conference date is unchanged; and

6. The July 7, 2020 trial date is unchanged.

DATED: November 14, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

40663594.1

18cv2515.modsche
do.1114.docx

2     Case No. 2:18-cv-02515-WBS-EFB
[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY DATES