PHILIP W GANONG 88414
GANONG LAW OFFICE
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301
Tel: (661) 327-3337
Fax: (661) 327-3395
Email: phil@ganonglaw.com, nancy@ganonglaw.com, liz@ganonglaw.com

Attorney for LORRAINE GOODMAN

IN AND FOR THE UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| LORRAINE GOODMAN, | Case No. 2:18-CV-02515-WBS-EFB |
| Plaintiff, | ORDER ON STIPULATION FOR DISMISSAL |
| vs | |
| WALGREEN CO. AND WALGREEN BOOTS ALLIANCE, INC., | |
| Defendant. | |

The parties having Stipulated hereto and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice as to defendants Walgreen Co. and Walgreen Boots Alliance, Inc., and all parties to bear their own costs and attorney fees.

Dated:  June 18, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER ON STIPULATION FOR DISMISSAL
- 1 -